UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

    Jonelle A. Johnston

                    Debtor

Case No.: 17-02774
Chapter 13
Honorable Scott W. Dales

## DEBTOR'S THIRD POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COMES the Debtor, by her attorney, Debt Relief Legal Clinic, PLLC, and as for her Third Post-Confirmation Amendment to Chapter 13 Plan, state as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on June 1, 2017, and her Chapter 13 Plan was confirmed on October 6, 2017.

2. Debtor has met with counsel for Annual Review and filed contemporaneously herewith Amended Schedules I and J.

3. Plan arrears in the current amount of $1,769.54 shall be forgiven.

4. This Third Amendment will have a negative impact on the general unsecured creditors, by reducing the base to at least $19,424.15, or for the ACP, whichever pays more, and is being served on the creditor matrix.

5. That the provisions of Debtor's Plan, except as amended herein and heretofore, shall remain unaffected.

WHEREFORE, Debtor prays that this Third Amendment to her Chapter 13 Plan be allowed.

Date:  8/14/2020

/s/ Jonelle A. Johnston
Jonelle A. Johnston, Debtor

DRAFTED BY:

/s/ Kristen L. Krol
Kristen L. Krol (P55103)
Debt Relief Legal Clinic, PLLC
Attorney for Debtor
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

    Jonelle A. Johnston

                  Debtor

Case No.: 17-02774
Chapter 13
Honorable Scott W. Dales

## ORDER APPROVING THIRD POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

This cause having come on to be heard on Debtor's Third Post-Confirmation Amendment to Chapter 13 Plan, and it appearing that no objection was filed within the time allowed by the Notice and Opportunity to Object, which appears from the filed Proof of Service to have been duly served, or any objection so filed has been withdrawn, and the Court being fully advised in the premises, Now, Therefore;

IT IS HEREBY ORDERED that Debtor's Third Post-Confirmation Amendment to Chapter 13 Plan, is hereby approved, as follows: 1) arrears of $1,769.54 are forgiven; and 2) base to unsecured creditors shall be changed to $19,424.15 or for the ACP, whichever pays more.

END OF ORDER

PREPARED BY:
DEBT RELIEF LEGAL CLINIC, PLLC
By: Kristen L. Krol (P55103)
Attorney for Debtor
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

In Re:

    Jonelle A. Johnston

Case No.: 17-02774
Chapter 13
Honorable Scott W. Dales

                Debtor

## NOTICE AND OPPORTUNITY TO OBJECT

Notice is hereby given that Debtor, by her attorney, Debt Relief Legal Clinic, PLLC, filed her Third Post-Confirmation Amendment to Chapter 13 Plan.

Please note: DEBTOR'S THIRD POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN, attached hereto, has been filed in the above cause. No hearing will be set before the Court unless a written objection to this Amendment is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have 21 days from the date of service of this notice in which to file such written objection. In the event an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

If you file a written objection, the _original_ should be sent to: United States Bankruptcy Court, One Division Avenue, NW, Room 200, Grand Rapids, Michigan 49503.

A copy of any objection shall also be served upon the following:

| | |
|---|---|
| Kristen L. Krol | Barbara P. Foley |
| Debt Relief Legal Clinic, PLLC | Chapter 13 Trustee |
| 4710 W. Saginaw Highway, Suite C | PO Box 51109 |
| Lansing, Michigan 48917-2654 | Kalamazoo, Michigan 49005-1109 |

                DEBT RELIEF LEGAL CLINIC, PLLC

                /s/ Kristen L. Krol
                Kristen L. Krol (P55103)
                Attorney for Debtor
                4710 W. Saginaw Highway, Suite C
                Lansing, Michigan 48917-2654
                517-321-6804 ♦ debtrlc@drlc.com

Date Notice Served: August 14, 2020

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

In Re:

    Jonelle A. Johnston

                    Debtor

Case No.: 17-02774
Chapter 13
Honorable Scott W. Dales

## PROOF OF SERVICE

The undersigned certifies that a copy of Debtor's Third Post-Confirmation Amendment to Chapter 13 Plan, Notice & Opportunity to Object, and proposed Order Approving Debtor's Third Post-Confirmation Amendment to Chapter 13 Plan was served electronically upon Barbara P. Foley, Chapter 13 Trustee, on the 14th day of August 2020.

Dated: August 14, 2020

/s/ Kristen L. Krol
Kristen L. Krol (P55103)
Debt Relief Legal Clinic, PLLC
Attorney for Debtor
4710 W. Saginaw Highway, Suite C
Lansing, MI 48917-2654
517-321-6804 ♦ debtrlc@drlc.com